GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 21 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Rebecca Edna Durazo,<br><br>　　　　　Defendant. | No. CR-23-00214-PHX-JJT (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 933<br>(Trafficking in Firearms)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Count 2<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 3 – 4<br><br>18 U.S.C. §§ 924(d), 934, and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

<u>**COUNT 1**</u>

On or about July 11, 2022, in the District of Arizona, Defendant REBECCA EDNA DURAZO did ship, transport, cause to be transported, and otherwise dispose of a firearm, to wit: a Taurus, model G2C, 9mm Caliber Pistol, Serial Number: 1C113519, in or otherwise affecting interstate or foreign commerce, to another person, whom Defendant

1  RECECCA EDNA DURAZO knew or had reasonable cause to believe that the other
2  person's use, carrying, or possession of the firearm would constitute a felony, to wit:
3  Arizona Revised Statute (A.R.S.) § 13-3102(a)(8), Possession of a Firearm During a Drug
4  Offense; A.R.S. § 13-3102(a)(4), Felon in Possession of Firearm; and, Title 18, United
5  States Code § 924(c), Possession or Use of a Firearm in a Drug Trafficking Offense.
6      In violation of Title 18, United States Code, Section 933.

### COUNT 2

8      On about or between June 25, 2022 and July 11, 2022, in the District of Arizona,
9  Defendant REBECCA EDNA DURAZO knowingly made false statements and
10 representations in connection with the acquisition of a firearm to CAL-Ranch, which were
11 intended and likely to deceive this business as to a fact material to the lawfulness of a sale
12 of a firearm by CAL-Ranch, a business licensed under the provisions of Chapter 44 of Title
13 18, United States Code, with respect to information required by the provisions of Chapter
14 44 of Title 18, United States Code, to be kept in the records of CAL-Ranch, in that
15 Defendant REBECCA EDNA DURAZO did execute a Department of Justice, Bureau of
16 Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record,
17 stating that she was the actual buyer or transferee of the firearm, and was not buying the
18 firearm on behalf of another person, whereas in truth and fact, Defendant REBECCA
19 EDNA DURAZO knew that she was buying the firearm on behalf of another person.
20     In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 3 – 4

22     On or about the dates listed below, in the District of Arizona, Defendant REBECCA
23 EDNA DURAZO knowingly made false statements and representations to CAL-Ranch, in
24 Yuma, AZ, which was licensed under the provisions of Chapter 44 of Title 18, United
25 States Code, with respect to information required by the provisions of Chapter 44 of Title
26 18, United States Code, to be kept in the records of CAL-Ranch, Yuma, Arizona, in that
27 Defendant REBECCA EDNA DURAZO did execute a Department of Justice, Bureau of
28 Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in

each of the counts below stating that Defendant REBECCA EDNA DURAZO resided at an address on Eleanor Avenue, whereas in truth and fact, Defendant REBECCA EDNA DURAZO knew that she resided at a different address.

| Count | Date |
|---|---|
| 3 | June 13, 2022 |
| 4 | June 24, 2022 – July 11, 2022 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 4 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d), 934, and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 4 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property defendants is liable, including, but not limited to, the following property involved and used in the offense:

(1)   a Taurus, model G2C, 9mm Caliber Pistol Serial Number: 1C113519.

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C.

§ 853(p).

All in accordance with 18 U.S.C. §§ 924(d), 934, and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: February 21, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
ADDISON SANTOME
Assistant U.S. Attorney